No. 02–8048. TOWNSEND, AKA BROWN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8049. WAGNER v. CALIFORNIA DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8050. JACKSON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–8051. JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8053. TIPTON v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–8054. WILSON v. GONZALEZ, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8056. TURNBOE v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 02–8057. GORDON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8058. HART v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 02–8061. FIELDS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8062. HINDS v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 02–8063. GEARLDS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8072. FISHER v. HUTSON ET AL. C. A. 11th Cir. Certiorari denied.